**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

## JS-6

### CIVIL MINUTES -REOPENING/CLOSING

Case No. 8:25-cv-00569-MEMF-KES                     Date June 5, 2026

Title: USA Herald LLC v. John Monarch et al

Present: The Honorable Maame Ewusi-Mensah Frimpong

| Damon Berry | Not Reported |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

N/A                                        N/A

Proceedings:    ☐ In Court        ☒ In Chambers        ☐ Counsel Notified

☐  Case previously closed in error.  Make JS-5.

☐  Case should have been closed on entry dated _____.

☐  Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒  Other  This case is closed by ECF No. 81.

☐  Entered _____.

Initials of Preparer _____ DBE